UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-CIV-61448 CIV-ALTONAGA/Simonton

**WILLIAM PINEIRO**,

    Plaintiff,

vs.

**JAMES CADY**, individually; and
**ALFRED T. LAMBERTI**, as SHERIFF
of BROWARD COUNTY, Florida,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came on for trial before the Court and a jury, the Honorable Cecilia M. Altonaga, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is

**ORDERED AND ADJUDGED** as follows, consistent with the jury's verdict:

    1.    Judgment is entered in favor of Plaintiff, William Pineiro, and against Defendant, James Cady. William Pineiro shall recover **$225,000.00** from James Cady in compensatory damages, for which sum let execution issue.  William Pineiro shall recover **$25,000.00** from James Cady as punitive damages, for which sum let execution issue.

    2.    Plaintiff, William Pineiro, shall take nothing from Defendant, Alfred T. Lamberti, as Sheriff of Broward County, Florida.  Plaintiff's action against Defendant, Alfred T. Lamberti, is dismissed on the merits.

CASE NO. 10-CIV-61448 CIV-ALTONAGA

3. The Court reserves jurisdiction over any request for the award of attorney's fees and costs.

4. Post judgment interest shall accrue on this Final Judgment pursuant to 28 U.S.C. § 1961.

5. The Clerk of the Court is instructed to **CLOSE** the case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of August, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record